## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **EDELMIRO G. SOLIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Case No.**  3:20-cv-1543 |
| | § | |
| **U.S. BANK NATIONAL ASSOCIATION** | § | |
| **AS LEGAL TRUST TRUSTEE FOR** | § | |
| **TRUMAN 2016 SC6 TITLE TRUST, and** | § | |
| **RUSHMORE LOAN MANAGEMENT** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants U.S. Bank National Association as Legal Trust Trustee for Truman 2016 SC6 Title Trust (U.S. Bank National Association ("U.S. Bank, N.A.") and Rushmore Loan Management Services, LLC ("Rushmore") file this Corporate Disclosure Statement.

U.S. Bank, N.A. is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly-traded company.  No publicly held company other than U.S. Bancorp owns 10% or more of its stock.

Roosevelt Management Company, LLC holds 100% of the ownership interest in Rushmore.  No publicly held company owns 10% or more of Rushmore's stock.

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 1**

Respectfully submitted,

/s/ Jason L. Sanders

**Jason L. Sanders**
Texas Bar No. 24037428
jsanders@sanderscollins.com
(214) 775-0631 Direct
(214) 499-7709 Cell
SANDERS COLLINS PLLC
325 N. St. Paul St., Suite 3100
Dallas, Texas  75201
Main Telephone:  (214) 775-0630
Facsimile:  (214) 242-3004
www.sanderscollins.com

**ATTORNEY FOR DEFENDANTS**
**U.S. BANK NATIONAL ASSOCIATION**
**AS LEGAL TRUST TRUSTEE FOR**
**TRUMAN 2016 SC6 TITLE TRUST, and**
**RUSHMORE LOAN MANAGEMENT**
**SERVICES, LLC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on this 11th day of June, 2020 to:

Robert C. Newark, III
office@newarkfirm.com
A Newark Firm
1341W. Mockingbird Lane, Suite 600W
Dallas, Texas  75247
Telephone:  (866) 230-7236
Facsimile:  (888) 316-3398
*Attorney for Plaintiff*

/s/ Jason L. Sanders

Jason L. Sanders

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 2**